MURRAY <i>against</i> KIRKPATRICK.

MOTION for a commission. The agent, and attorney, in fact, of the plaintiff, acting under a sealed letter of attorney, and who has the conduct and management of the subject matter of this suit, and under whose direction the suit was brought and is proceeding, made the affidavit on which the

motion was founded, without shewing any excuse why the party, himself, had not made it; and this was objected against the motion.

*Curia.* Take your rule.(*a*)

Motion granted.

(*a*) Vid. *Demar et ux.* v. *Van Zandt,* 2 *John. Cas.* 69.